STATE of Missouri, Respondent,

v.

Kristan STANDISH, Appellant.

Nos. WD 49728, WD 51307.

Missouri Court of Appeals,
Western District.

April 16, 1996.

Barbara Hoppe, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Fernando Bermudez, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and HANNA and LAURA DENVIR STITH, JJ.

### ORDER

PER CURIAM.

A jury found Kristan Standish guilty of attempting to escape from confinement. On appeal, he complains that he did not receive a speedy trial and that his due process rights were violated because he was physically restrained during the trial. He also complains that the circuit court erroneously denied his Rule 29.15 motion for post-conviction relief because he established that his attorney was ineffective for failing to disqualify a venire person. We disagree and affirm the judgment of conviction and denial of post-conviction relief. Rules 30.25(b) and 84.16(b).

Damon D. JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 51583.

Missouri Court of Appeals,
Western District.

Submitted Jan. 23, 1996.

Decided April 16, 1996.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and SMART and ELLIS, JJ.

### ORDER

PER CURIAM:

Damon D. Johnson appeals the denial of his Rule 24.035 motion for post-conviction relief. Johnson pleaded guilty to multiple counts including armed criminal action, forcible sodomy, forcible rape, robbery, burglary, and tampering. He has multiple sentences running concurrently for 20 years, and then another group of sentences to run concurrently for 20 years, consecutive to the first group of sentences.

The court has carefully considered his arguments on appeal and determines that he is not entitled to relief.

The judgment denying his Rule 24.035 motion is affirmed. Rule 84.16(b).